AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

CASTON OSCAR BROWN,

Petitioner.

v.

WARDEN, FOLKSTON ICE
PROCESSING CENTER,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:25-cv-185

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated April 6, 2026, the Magistrate Judge's Report and Recommendation

is adopted as the opinion of the Court.  Therefore, Respondent's motion to dismiss is granted as

unopposed, and Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice.  Further,

Petitioner is denied leave to proceed in forma pauperis on appeal.  This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

April 6, 2026
Date

John E. Triplett, Clerk of Court
Clerk

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020